ACCEPTED
03-16-00562-CV
12897832
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/26/2016 12:36:34 PM
JEFFREY D. KYLE
CLERK

No. 03-16-00562-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/26/2016 12:36:34 PM
JEFFREY D. KYLE
Clerk

# In the Third Court of Appeals
# Austin, Texas

**JARED P. RAIA, INDIVIDUALLY AND AS TRUSTEE FOR THE DENNIS RAIA 2012 FAMILY TRUST**

*Appellants*

**v.**

**KEITH CROCKETT**

*Appellee*

APPEAL FROM CAUSE NO. D-1-GN-15-001066
3523RD JUDICIAL DISTRICT COURT OF TRAVIS COUNTY, TEXAS
HON. STEPHEN YELENOSKY, PRESIDING

## APPELLANTS' MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellants Jared P. Raia, Individually and as Trustee for the Dennis Raia 2012 Family Trust, file this motion to substitute counsel in accordance with Texas Rules of Appellate Procedure and 10.1. In support of this motion, Appellants respectfully show the following:

1

1.      Appellants have retained D. Todd Smith and Maitreya Tomlinson to represent them in this cause and request that all future notices, orders and opinions be sent to D. Todd Smith and Maitreya Tomlinson at the following address:

D. Todd Smith
State Bar No. 00797451
Maitreya Tomlinson
State Bar No. 24070751
SMITH LAW GROUP LLLP
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746
(512) 439-3230
(512) 439-3232 (fax)
todd@appealsplus.com
maitreya@appealsplus.com

2.      Accordingly, John G. Lione, Jr., Laura Sanders Fowler, and The Fowler Law Firm, PC respectfully request to be withdrawn, and that D. Todd Smith and Maitreya Tomlinson be substituted in as counsel of record for Appellants.

**CONCLUSION AND PRAYER**

For these reasons, Appellants respectfully request that the Court grant this motion and substitute new counsel for Appellants. Appellants request all other appropriate relief to which they are entitled.

Respectfully submitted,

SMITH LAW GROUP LLLP

By:  /s/ D. Todd Smith
    D. Todd Smith
    State Bar No. 00797451
    todd@appealsplus.com
    Maitreya Tomlinson
    State Bar No. 24070751
    maitreya@appealsplus.com
    1250 Capital of Texas Highway South
    Three Cielo Center, Suite 601
    Austin, Texas 78746
    (512) 439-3230
    (512) 439-3232 (fax)

*Counsel for Appellants*


THE FOWLER LAW FIRM, P.C.

By:
    John G. Lione, Jr.
    State Bar No. 12394500
    jlione@thefowlerlawfirm.com
    Laura S. Fowler
    State Bar No. 08521200
    lfowler@thefowlerlawfirm.com
    312 W. University Avenue
    Georgetown, Texas 78626

*Previous Counsel for Appellants*

3

## CERTIFICATE OF CONFERENCE

In compliance with Texas Rule of Appellate Procedure 10.1(a)(5), I certify that on September 23, 2016, I conferred with Appellee's lead counsel, Kim Brown, about this motion. Mr. Brown informed me that Appellee does not oppose the relief requested in this motion.

*/s/ D. Todd Smith*
D. Todd Smith

## CERTIFICATE OF SERVICE

On September 26, 2016, in compliance with Texas Rule of Appellate Procedure 9.5, I served this document by e-service and e-mail to:

*Via e-Service: mailbox@brownlawyer.com*
*Via Facsimile: (512) 263-7454*
Kim Brown
KIM D. BROWN ATTORNEY, PLLC
1310 Ranch Road 620 S., Suite B-203
Lakeway, Texas 78734
*Counsel for Defendant*

*Via CMRRR: 70153010000085792028*
*Via First Class US Mail*
Jared P. Raia
12400 W. Hwy. 71, Ste. 350-379
Austin, Texas 78738

*/s/ D. Todd Smith*
D. Todd Smith